Jerry Wayne DAVIS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Richard V. Beliles, Louisville, for appellant.

Ed W. Hancock, Atty. Gen.., Peter MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Samuel VINSON, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Samuel Vinson, Jr., pro se.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Henry SAYLOR, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

James R. YOCOM, Commissioner of Labor, etc., et al., Appellants,

v.

Evan RILEY and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Gemma M. Harding, Louisville, Robert Hawkins, Gen. Counsel, Department of Labor, Frankfort, Fred G. Francis, Prestonsburg, for appellants.

Albert Burchett, Burchett & Rowland, Martin, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

* Opinion ordered not to be published.